AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Christopher Lane,<br>*Plaintiff(s)*<br>v.<br>Entercom Portland, LLC,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  16-781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Entercom Portland, LLC
　　　　　　　　　　　　　　　　　　The Corporation Trust Company
　　　　　　　　　　　　　　　　　　Corporation Trust Center
　　　　　　　　　　　　　　　　　　1209 Orange Street
　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Oderah C. Nwaeze
　　　　　　　　　　　　　　　　　　Duane Morris LLP
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date:　SEP 0 7 2016　　　　　　　　　　　　　　　　　　　　　_Alicia Holmes_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 16-781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Entercom Portland, LLC
was received by me on *(date)*   09/07/2016   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Amy McLaren   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Corporation Trust Company
1209 Orange Street, Wilmington, DE 19801 @ 1:00 pm   on *(date)*   09/07/2016   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/07/2016

*Server's signature*

John A. Garber-Process Server
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc:

Served Amy McLaren-Cau. female, 35, 5'5", 135lbs, brown hair with a Summons, Complaint with Exhibits A-C, Civil Cover Sheet, Report to the Commissioner of Patents & Trademarks, and Notice, Consent, and Referral Forms Issued by the Court.